## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shenzhen CARKU Technology Co., Ltd. v. Shenzhen Xinzexing E-commerce Co., Ltd.

Case Number: 1:22-cv-3403

An appearance is hereby filed by the undersigned as attorney for:

Shenzhen CARKU Technology Co., Ltd

Attorney name (type or print): Peter J. Curtin

Firm: Analects Legal LLC

Street address: 1101 N. Euclid Ave.

City/State/Zip: Oak Park, Il 60302-1218

Bar ID Number: 6332596
(See item 3 in instructions)

Telephone Number: 1.240.432.3267

Email Address: pcurtin@analectslegal.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/29/2022

Attorney signature: S/ *Peter J. Curtin*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015