# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN CARKU TECHNOLOGY CO., LTD.

    Plaintiff,

v.

Shenzhen Xinzexing E-commerce Co., Ltd.

    Defendant.

Case No.: 1:22-cv-03403
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Shenzhen Carku Technology's renewed and updated motion for alternate service of process (Dckt. No. [17]) is hereby granted. The Court authorizes service of process on defendant Shenzhen Xinzexing under Rule 4(h)(2) and Rule 4(f). Plaintiff has made diligent attempts to serve Defendant through traditional means, but has come up empty. The physical addresses for Defendant are either inaccurate, outdated, or fraudulent. Plaintiff must promptly file a confirmation of service of process by electronic means. Plaintiff must file a status report by October 20, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.