# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Shenzhen CARKU Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Shenzhen Xinzexing E-commerce Co., Ltd., <br><br> Defendant. | Case No. 22-cv-03403 <br><br> **Judge Steven C. Seeger** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFF'S STATUS REPORT ON SERVICE OF PROCESS

In accordance with this Court's Minute Order granting Plaintiff's Renewed and Updated Motion for Alternative Service of Process, dated October 2, 2023 (Dkt. 18), Plaintiff Shenzhen CARKU Technology Co., Ltd. ("Carku") submits this status report regarding its service of process on defendant Shenzhen Xinzexing E-commerce Co., Ltd. ("SXE") by electronic means.

On October 4, 2023, Plaintiff filed a sworn declaration by the undersigned counsel, with attached exhibits (Dkt. 19) confirming it had served process on SXE by electronic means. Specifically, on October 3, 2023, Carku sent electronic copies of the following documents to the three online retailers currently selling Defendant's accused NEXPOW® -branded jump starters on Amazon.com: (a) the Minute Order, dated October 2, 2023 authorizing electronic service of process (Dkt. 18); (b) the Summons, dated July 5, 2022; and (c) the Complaint, dated June 29, 2022 (Dkt. 1), as well as (d) a hyperlink through which the recipient could download electronic copies of the Complaint and its Exhibits (Dkts. 1-1 through 1-13). The hyperlink was used because the electronic copies of the exhibits were collectively too large to attach to the electronic messages. (*See* Dkt. 19.) The messages expressly notified SXE that the Court had authorized service of process by electronic means through SXE's Amazon Sellers and that Carku would report to the

Court that it had served SXE through these messages. (*See* Dkt. 19-1 through 19-3.) These message generated no "bounce back" notices and there is no reason to believe that the electronic messages were not delivered to the three NEXPOW Amazon Sellers. Neither the NEXPOW Amazon Sellers nor SXE have responded to those messages.

In addition, on October 13, 2023, Carku, through its undersigned counsel, delivered additional copies of the documents listed above to SXE as attachments to a detailed email message (which included the information and hyperlink as described above) sent to another website selling the accused NEXPOW jump starters, www.nexpow.com. That email message was sent to the following email addresses: hello@nexpow.com and marketing@nexpow.com. Those two email addresses are listed on the NEXPOW website as the contact emails for "General" and for "PR & Influencer," respectively. (*See* Ex. 1 – Declaration of Peter J. Curtin dated October 20, 2023). The message generated no "bounce back" notices and there is no reason to believe that the electronic message was not delivered. There has been no response to the October 13, 2023 email.

Date: October 20, 2023                                     **ANALECTS LEGAL LLC**

                                                           By: *Peter J. Curtin*
                                                           Peter J. Curtin (6332596)
                                                           Yichen Cao, Ph.D., J.D.
                                                           **ANALECTS LEGAL LLC**
                                                           1212 S Naper Blvd. Suite #119 - PMB 238
                                                           Naperville, IL 60540-7349
                                                           E-mail: pcurtin@analectslegal.com
                                                                      ycao@analectslegal.com
                                                           Tel: 1.240.432.3267
                                                                 1.630.386.5514

                                                           *Attorneys for Plaintiff Shenzhen
                                                              CARKU Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Plaintiff's Status Report on Service of Process was filed electronically via the Court's electronic docketing system on October 20, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_____

Peter J. Curtin

*Counsel for Plaintiff*
*Shenzhen CARKU Technology Co., Ltd.*