# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Shenzhen CARKU Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Shenzhen Xinzexing E-commerce Co., Ltd., <br><br> Defendant. | Case No. 1:22-cv-03403 <br><br> Judge Steven C. Seeger <br><br> Jury Trial Demanded |

## DEFENDANT'S NOTICE OF FILING OF PETITION
## FOR *INTER PARTES* REVIEW (IPR) OF U.S. PATENT NO. 9,643,506

Defendant Shenzhen Xinzexing E-commerce Co., Ltd. ("SXE"), through its undersigned counsel, hereby notifies the Court that SXE has filed a Petition for *Inter Partes* Review ("IPR") in the U.S. Patent and Trademark Office (the "Patent Office") directed to U.S. Patent No. 9,643,506 ("the '506 patent"), the patent at issue in this litigation.

The Petition for IPR is dated November 21, 2023, and requests a finding from the Patent Office that claims 1-3, 6-23, and 25-33 of the '506 patent are invalid in light of various prior art patents and other references. To the best of SXE's knowledge, the Patent Office has not yet granted, denied, or otherwise acted with respect to the Petition.

Dated: November 29, 2023

Respectfully submitted,

By: */s/ Matthew G. McAndrews*
Matthew G. McAndrews
NIRO McANDREWS, LLP
21660 West Field Parkway, Suite 118
Deer Park, Illinois 60010
Tel: (312) 755-8577
Email: mmcandrews@niro-mcandrews.com

Aaron P. Bradford
(to be admitted *pro hac vice*)

CO State Bar No. 31115
Email: abradford@sheridanross.com
Bart A. Starr
Admitted *pro hac vice*
CO State Bar No. 50446
Email: bstarr@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorneys for Defendant,*
SHENZHEN XINZEXING
 E-COMMERCE CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2023, the foregoing

**DEFENDANT'S NOTICE OF FILING OF PETITION
FOR *INTER PARTES* REVIEW (IPR) OF U.S. PATENT NO. 9,643,506**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Matthew G. McAndrews*
*Attorney for Defendant,*
NIRO McANDREWS, LLP
