UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN CARKU TECHNOLOGY CO., LTD., | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 1:22-cv-03403-SCS <br> ) <br> ) |
| v. | ) <br> ) |
| SHENZHEN XINZEXING E-COMMERCE CO., LTD., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Civil Rule 83.17, Analects Legal LLC and its attorney of record, Peter J. Curtin (collectively "Analects"), hereby give notice that Dr. Yichen Cao of Analects Legal LLC has entered his appearance in this case as lead counsel for Plaintiff Shenzhen Carku Technology Co., Ltd., and has substituted for Mr. Curtin as Plaintiff's attorney of record. Mr. Curtin will no longer be working with Analects Legal LLC on this case.

Analects Legal LLC has notified the Plaintiff of the appearance of Dr. Cao and his substitution for Mr. Curtin as the attorney of record, and the Plaintiff consents to this substitution of counsel and to Mr. Curtin's withdrawal. This substitution of counsel and Mr. Curtin's withdrawal is not expected to affect any deadlines. Therefore, Analects Legal LLC and the undersigned respectfully request that this Court grant Mr. Curtin leave to withdraw as counsel for Plaintiff Shenzhen Carku Technology Co., Ltd. in this case.

For the reasons set forth above and for good cause shown, Analects Legal LLC respectfully requests that the Court grant this motion and sign an Order in the form of the Proposed Order submitted herewith to permit Mr. Curtin to withdraw from representation in this case.

Date: January 9, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*Peter J. Curtin*
　　　　　　　　　　　　　　　　　　　　Yichen Cao, Ph.D. (6326669)
　　　　　　　　　　　　　　　　　　　　Peter J. Curtin (6332596)
　　　　　　　　　　　　　　　　　　　　ANALECTS LEGAL LLC
　　　　　　　　　　　　　　　　　　　　1212 S. Naper Blvd., Suite 119 – PMB 238
　　　　　　　　　　　　　　　　　　　　Naperville, IL 60540-7439
　　　　　　　　　　　　　　　　　　　　Phone: 630.386.5514 (Cao)
　　　　　　　　　　　　　　　　　　　　　　　　240.432.3267 (Curtin)
　　　　　　　　　　　　　　　　　　　　ycao@analectslegal.com
　　　　　　　　　　　　　　　　　　　　pcurtin@analectslegal.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*