# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN CARKU TECHNOLOGY CO., LTD.

                Plaintiff,

v.                              Case No.: 1:22−cv−03403
                              Honorable Sunil R. Harjani

Shenzhen Xinzexing E−commerce Co., Ltd.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Judge Sunil R. Harjani. An initial status hearing is set for 5/8/2024 at 9:15 a.m. by telephone. By 4/30/2024, the parties shall file a report of the parties' planning meeting pursuant to Local Patent Rule 1.2. A template for the report setting forth the information required can be found on the Court's web page. In addition to the information required in LPR Appendix A, the parties shall set forth the specific dates and events in the Estimated Patent Case Schedule which can also be found on the Court's web page. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.