# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN CARKU TECHNOLOGY CO., LTD.

                    Plaintiff,

v.

Shenzhen Xinzexing E−commerce Co., Ltd.

                    Defendant.

Case No.: 1:22−cv−03403
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 5/8/2024 is stricken and reset to 6/13/2024 at 9:15 a.m. by telephone. The Court has reviewed the "joint" status report [42]. Plaintiff's counsel has not taken any position on any of the matters in the status report, anticipating withdrawal, but has not yet moved to withdraw. That is not appropriate. Either counsel, who has an appearance on file, follow this Court's orders or moves to withdraw. The status report [42] is stricken and a new joint status report is ordered 6/7/2024. If this occurs again, the Court will consider dismissing this case for want of prosecution. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.