**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Shenzhen CARKU Technology Co., Ltd. v. Shenzhen Xinzexing

Case Number: 22-cv-03403

An appearance is hereby filed by the undersigned as attorney for:

Shenzhen CARKU Technology Co., Ltd.

Attorney name (type or print): Wei Yuan

Firm: Perkins Coie LLP

Street address: 11452 El Camino Real, Suite 300

City/State/Zip: San Diego, CA 92130

Bar ID Number: CA 315388
(See item 3 in instructions)

Telephone Number: 858-720-5700

Email Address: wyuan@perkinscoie.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 09, 2024

Attorney signature: S/ Wei Yuan
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023