**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**(EASTERN DIVISION)**

| | |
|---|---|
| Shenzhen CARKU Technology Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>Shenzhen Xinzexing E-commerce Co., Ltd.,<br><br>Defendant. | Case No. 1:22-cv-03403<br><br>Honorable Sunil R. Harjani<br><br>Jury Trial Demanded |

### UNOPPOSED MOTION TO WITHDRAW ATTORNEY ANGELA J. BUBIS

In accordance with Local Rule 83.17, Angela J. Bubis respectfully requests that this Court grant leave to withdraw her appearance as one of the attorneys for Defendant Shenzhen Xinzexing E-commerce Co., Ltd. ("NEXPOW") in this matter. Ms. Bubis is leaving the firm of Sheridan Ross P.C. NEXPOW will continue to be represented by its remaining counsel of record.

WHEREFORE, the undersigned requests that the Court grant leave and withdraw Ms. Bubis as counsel of record in this action.

Dated: November 7, 2024       Respectfully submitted,

By: /s/ *Angela J. Bubis*
Matthew G. McAndrews
NIRO McANDREWS, LLP
21660 West Field Parkway, Suite 118
Deer Park, Illinois 60010
Tel: (312) 755-8577
E-mail: mmcandrews@niro-mcandrews.com

Bart A. Starr
(admitted *pro hac vice*)
CO State Bar No. 50446
   bstarr@sheridanross.com

Brian S. Boerman
(admitted *pro hac vice*)
CO State Bar No. 50834
    bboerman@sheridanross.com
Angela J. Bubis
(admitted *pro hac vice*)
CO State Bar No. 58144
    abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorneys for Defendant*
*Shenzhen Xinzexing E-commerce Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on November 7, 2024.

*/s/ Angela J. Bubis*