# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# (EASTERN DIVISION)

| | |
|---|---|
| SHENZHEN CARKU TECHNOLOGY CO., LTD., | Case No. 1:22-cv-03403 |
| Plaintiff, | Honorable Sunil R. Harjani |
| v. | Jury Trial Demanded |
| SHENZHEN XINZEXING E-COMMERCE CO., LTD., | |
| Defendant. | |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY BRIAN S. BOERMAN

In accordance with Local Rule 83.17 and the Court's Civil Motion Practice and Memoranda of Law, Brian S. Boerman respectfully requests that this Court grant leave to withdraw his appearance as one of the attorneys for Defendant Shenzhen Xinzexing E-commerce Co., Ltd. ("NEXPOW") in this matter. Mr. Boerman and the Firm Sheridan Ross P.C. no longer represent NEXPOW, and NEXPOW will continue to be represented by its remaining counsel of record. Counsel for Plaintiff Shenzhen Carku Technology Co., Ltd. has stated it does not oppose the relief requested herein.

WHEREFORE, the undersigned requests that the Court grant leave and withdraw Mr. Boerman as counsel of record in this action.

Dated: November 27, 2024          Respectfully submitted,

By: /s/ *Brian S. Boerman*
Matthew G. McAndrews
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Suite 34th Floor
Chicago, IL 60661
Tel: (847) 204-6704
E-mail: mmcandrews@mcandrews-ip.com

Bart A. Starr
(admitted *pro hac vice*)
CO State Bar No. 50446
    bstarr@sheridanross.com
Brian S. Boerman
(admitted *pro hac vice*)
CO State Bar No. 50834
    bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorneys for Defendant*
*Shenzhen Xinzexing E-commerce Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on November 27, 2024.

*/s/ Brian S. Boerman*
Brian S. Boerman
