IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| SHENZHEN CARKU TECHNOLOGY CO., LTD., | Case No. 1:22-cv-03403 |
| Plaintiff, | Honorable Sunil R. Harjani |
| v. | Jury Trial Demanded |
| SHENZHEN XINZEXING E-COMMERCE CO., LTD., | |
| Defendant. | |

**UNOPPOSED MOTION TO WITHDRAW ATTORNEY BART A. STARR**

In accordance with Local Rule 83.17 and the Court's Civil Motion Practice and Memoranda of Law, Bart A. Starr respectfully requests that this Court grant leave to withdraw his appearance as one of the attorneys for Defendant Shenzhen Xinzexing E-commerce Co., Ltd. ("NEXPOW") in this matter. Mr. Starr and the Firm Sheridan Ross P.C. no longer represent NEXPOW, and NEXPOW will continue to be represented by its remaining counsel of record. Counsel for Plaintiff Shenzhen Carku Technology Co., Ltd. has stated it does not oppose the relief requested herein.

WHEREFORE, the undersigned requests that the Court grant leave and withdraw Mr. Starr as counsel of record in this action.

Dated: November 27, 2024         Respectfully submitted,

By: /s/ *Bart A. Starr*
    Matthew G. McAndrews
    McAndrews, Held & Malloy, Ltd.
    500 West Madison Street
    Suite 34th Floor
    Chicago, IL 60661
    Tel: (847) 204-6704
    E-mail: mmcandrews@mcandrews-ip.com

    Bart A. Starr
    (admitted *pro hac vice*)
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Brian S. Boerman
    (admitted *pro hac vice*)
    CO State Bar No. 50834
       bboerman@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202-5141
    Tel: (303) 863-9700
    E-mail: litigation@sheridanross.com

    *Attorneys for Defendant*
    *Shenzhen Xinzexing E-commerce Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on November 27, 2024.

*/s/ Bart A. Starr*
Bart A. Starr
